**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 8, 2026

**By ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: _June 10, 2026_

Re:    *Elgendy v. Francis,* No. 26 Civ. 4716 (MMG)

Dear Judge Garnett:

This Office represents the government in the above-referenced habeas corpus action, in which the petitioner challenges his detention. This petition was filed on June 4, 2026, the same day he was arrested pursuant to a warrant based on his final order of removal dated April 4, 2025. On June 5, 2026, the Court granted by email the government's request to extend the time to file its response until Wednesday, June 10, 2026, with Petitioner's reply due Friday, June 12, 2026.

I write to request a one-day adjournment of the scheduled hearing from June 15, 2026 until June 16, 2026 or another date that is convenient to the Court. I make this request because I will be traveling over the weekend to attend to family matters and will need time to review Petitioner's reply to the government's response. I have reached out to counsel but have not yet had a reply.

I thank the Court for considering this request.

GRANTED.  The conference previously scheduled for June 15, 2026 is ADJOURNED to **Thursday, June 18, 2026**, at **11:00 a.m.**

SO ORDERED.  Dated June 10, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ *Janet Lynne Guyon*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (917) 484-0324
E-mail: janet.guyon@usdoj.gov

*Attorney for Defendants* cc:
Counsel for Petitioner (by ECF)