July 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

Hon. Margaret M. Garnett
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007
*Via CM/ECF*

Re: *Elgendy v. Francis*, No. 1:26-cv-04716-MMG
Letter Motion for an Extension of Time

Dear Judge Garnett:

I write to respectfully move for a three-day extension of the parties' deadline for submitting supplemental briefs. The deadline is currently July 17, 2026, and a three-day extension would set the deadline for July 20, 2026. I seek the three-day extension because I am in the process of transitioning out of my current full-time role with the Georgetown University Law Center this week and unexpected demands have arisen as part of that transition.

I reached out to counsel for Respondents concerning this request and counsel indicated Respondents do not oppose the extension. If this Court grants the extension, I also respectfully request that the parties be given a three-day extension to file any responses to the supplemental briefs. Those responses are currently due for July 24, 2026, and a three-day extension would set the deadline for July 27, 2026.

Respectfully submitted

*/s/ John Peng*

John Peng
John Peng Consulting, LLC
1322 15th St. NW #1
Washington, DC 20005
(516) 712-7608
johnhcpeng@gmail.com

GRANTED. The parties' deadline to file supplemental briefs is EXTENDED to **July 20, 2026**, and the deadline to file any responsive briefs is EXTENDED to **July 27, 2026**.

SO ORDERED. Dated July 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT COURT