USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD MANSOUR AHMED ELGENDY,
Petitioner,

-against-

LADEON FRANCIS, et al.,
Respondent.

26-CV-04716 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On August 13, 2026, this Court granted the Petitioner's petition, ordered him released under the terms described in his April 15, 2026, Order of Supervised Release, and ordered the Government to file a letter certifying its compliance. Dkt. No. 30. On August 14, 2026, the Government filed a letter confirming that Petitioner had been released, but indicating that it was seeking clarification from ICE to ensure the terms of the new OSUP were consistent with those of the prior OSUP. Dkt. No. 31.

On August 19, 2026, in response to this Court's order, the parties filed a further update indicating that ICE had taken certain actions to conform Petitioner's new OSUP to his prior OSUP, and both parties agreed that the revised OSUP was satisfactory. Dkt. No. 33. The letter further advised that Petitioner would be served with the new OSUP on August 20, 2026. The Court ordered Petitioner to file a letter if anything at Petitioner's August 20 appointment was inconsistent with the parties' August 19 representations and warned that if no letter was filed by Monday, August 24, 2026, the Court would consider the present petition fully resolved and close the case. Dkt. No. 34.

No such letter was filed. Accordingly, the Clerk of the Court is respectfully directed to CLOSE this case.

Dated: August 25, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge