**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MAHMOUD MANSOUR AHMED ELGENDY,

Petitioner,

26 **CIVIL** 4716 (MMG)

-against-

**JUDGMENT**

LADEON FRANCIS, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 25, 2026, on August 13, 2026, this Court granted the Petitioner's petition, ordered him released under the terms described in his April 15, 2026, Order of Supervised Release, and ordered the Government to file a letter certifying its compliance; accordingly, the case is closed.

**DATED:** New York, New York
August 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**